FILED
CLERK, U.S. DISTRICT COURT
MAY 30 2017
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-01037-CAS-1 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| HENRY VALENZUELA, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) [X] the appearance of defendant as required; and/or

(B) [X] the safety of any person or the community.

//
//

The court concludes:

A.  (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he will refrain from criminal conduct

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he will abide by conditions/also no local resources

IT IS ORDERED that defendant be detained.

DATED: 5/30/17

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2